11/23/09  5:22PM

# United States Bankruptcy Court
## District of Nevada

In re    **George P Sampson**
**Shelley Sampson**

Debtor(s)

Case No.   **09-24434**

Chapter   **7**

## Notice of Change of Address

Debtor's Social Security Number:      **xxx-xx-3399**

Joint Debtor's Social Security Number:   **xxx-xx-9366**

**My (Our) Former Mailing Address and Telephone Number was:**

Name:      **George P Sampson and Shelley Sampson**

Street:      **5318 South Conquistador St**

City, State and Zip:      **Las Vegas, NV 89148**

Telephone #:

**Please be advised that effective _____, 20___,**
**my (our) new mailing address and telephone number is:**

Name:      **George P Sampson and Shelley Sampson**

Street:      **247 Crooked Putter Drive**

City, State and Zip:      **Las Vegas, NV 89148**

Telephone #:

**/s/ George P Sampson**
**George P Sampson**
Debtor

**/s/ Shelley Sampson**
**Shelley Sampson**
Joint Debtor